**Order entered September 19, 2014**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-14-01195-CV

### IN RE KINGMAN HOLDINGS, L.L.C., Relator

**Original Proceeding from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-02434-2014**

# ORDER NUNC PRO TUNC

Before the Court are relator's petition for writ of mandamus and relator's motion to give precedence to its petition for writ of mandamus. We **DENY** relator's motion to give precedence to its petition for writ of mandamus. We request that real party in interest and respondent file their responses to the petition for writ of mandamus, if any, on or before October 6, 2014.

                              /s/      DOUGLAS S. LANG
                                       JUSTICE